Certificate Number: 05781-PR-DE-041634274

Bankruptcy Case Number: 22-01650

05781-PR-DE-041634274

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2026, at 10:56 o'clock AM PST, AIDA NELLY DONATO SANABRIA completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: November 3, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President